UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>John Powers</u>

    v.                                                                   Case No. 23-cr-173-JL

<u>Federal Bureau of Prisons</u>

<u>ORDER</u>

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 5, 2023 . "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                                        _____
                                                                        Joseph N. LaPlante
                                                                        United States District Judge

Date: May 1, 2023

cc:   John Powers, pro se