UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>John Powers</u>

    v.                                             Case No. 23-cv-173-01-JL

<u>Federal Bureau of Prisons</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 8, 2024.

_____
Joseph N. Laplante
United States District Judge

Date: August 28, 2024

cc:   John Powers, pro se
       Anna Dronzek, AUSA